Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Brandon L. Pang
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 09 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIGO LOPEZ MAGALLON,<br><br>Defendant. | 4:24-CR-6002-SAB<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of<br>Ammunition<br><br>18 U.S.C. § 924(d)(1), 28 U.S.C.<br>§ 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about September 24, 2023, in the Eastern District of Washington, the Defendant, RIGO LOPEZ MAGALLON, knowing of his status as a person convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, ammunition, to wit:

- 2 rounds .22 caliber ammunition bearing head stamp "F" manufactured by Federal in Minnesota;

- 1 round .223/5.56 caliber ammunition bearing head stamp "PSD I 6" manufactured by Poongsan Corporation in South Korea;

INDICTMENT – 1

which ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

### NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, RIGO LOPEZ MAGALLON, shall forfeit to the United States of America, any ammunition involved or used in the commission of the offense, including but not limited to:

- 2 rounds .22 caliber ammunition bearing head stamp "F" manufactured by Federal in Minnesota;

- 1 round .223/5.56 caliber ammunition bearing head stamp "PSD I 6" manufactured by Poongsan Corporation in South Korea;

DATED this ___9___ day of January, 2024.

A TRUE BILL



_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

Brandon L. Pang
Assistant United States Attorney

INDICTMENT – 2